UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE 32BJ NORTH PENSION FUND AND
ITS BOARD OF TRUSTEES,

                              Plaintiff,        24-CV-3674 (VSB)

             -against-          **ORDER**

SEDGWICK & NORTH HALLS HOUSING
DEVELOPMENT FUND COMPANY, INC.,

                             Defendant.
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on May 13, 2024, (Doc. 1), and filed an affidavit of service on June 20, 2024, (Doc. 7). The deadline for Defendant to respond to Plaintiff's complaint was June 24, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 1, 2024. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 26, 2024
             New York, New York

                                                  VERNON S. BRODERICK
                                                  United States District Judge