UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE 32BJ NORTH PENSION FUND and its BOARD OF TRUSTEES,

                      Plaintiffs,

           -against-

SEDGWICK & NORTH HALLS HOUSING
DEVELOPMENT FUND COMPANY, INC.,

                      Defendant.
------------------------------------------------------------------X

**AMENDED**

**ORDER TO SHOW CAUSE FOR THE ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT**

Case No. 1:24-cv-03674-VSB

Upon the affidavit of Meredith B. Golfo, and upon all prior papers and proceedings submitted heretofore in the above-referenced matter, it is hereby:

ORDERED that the Defendant, Sedgwick & North Halls Housing Development Fund Company, Inc. ("Defendant"), show cause, at a telephonic hearing on July 30, 2024 at 2:00 p.m., why an Order should not be issued pursuant to Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiffs the 32BJ North Pension Fund and its Board of Trustees ("Plaintiffs") directing that a default judgment as to liability be entered against Defendant and in favor of Plaintiffs; and it is further

ORDERED that service of a copy of this order and annexed affidavit and exhibits upon Defendant by U.S. Mail at both of the following addresses shall be deemed good and sufficient service thereof: (1) 1060 Broad Street, Newark, NJ 07102; and (2) 42-25 21st Street, Long Island City, NY 11101.

23066270v2

ENTERED:   July 11, 2024     , 2024
            New York, New York

_____
Hon. Vernon S. Broderick
United States District Judge

23066270v2