**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
THE 32BJ NORTH PENSION FUND AND
ITS BOARD OF TRUSTEES,

                Plaintiff,                24 **CIVIL** 3674 (VSB)(HJR)

      -against-                **JUDGMENT**

SEDGWICK & NORTH HALLS HOUSING
DEVELOPMENT FUND COMPANY, INC.,

                Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 27, 2025, the Court has reviewed Magistrate Judge Ricardo's detailed and well-reasoned Report for clear error and, after careful review, found none. The Court has therefore ADOPTED the Report and Recommendation in its entirety. Plaintiff is awarded: (i) Unpaid withdrawal liability in the amount of $86,126.00; (ii) Pre-judgment interest in the amount of $76.62, plus pre-judgment interest on $86,126.00 to be calculated from November 29, 2023, through the entry of judgment, in the amount of $10,299.73; (iii) Liquidated damages in the amount of $17,225.20; (iv) Attorney's fees in the amount of $11,235.00; (v) Costs in the amount of $835.96; and (vi) Post-judgment interest; accordingly, the case is closed.

**Dated:**  New York, New York
         March 28, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                         **BY:**      *K. Mango*

                                                        **Deputy Clerk**